No. 1099, Misc.   BATES *v.* McMANN, WARDEN, ET AL. C. A. 2d Cir.   Certiorari denied.

No. 1100, Misc.   LAWRENCE *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 1109, Misc.   AREY ET AL. *v.* BROWN, DIRECTOR, VIRGINIA DEPARTMENT OF WELFARE AND INSTITUTIONS. C. A. 4th Cir.   Certiorari denied.

No. 1110, Misc.   CAMPBELL *v.* MICHIGAN.   Sup. Ct. Mich.   Certiorari denied.

No. 1111, Misc.   McDANIEL *v.* TEXAS.   C. A. 5th Cir. Certiorari denied.

No. 1113, Misc.   ROCHA *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1114, Misc.   BERRY *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 1115, Misc.   CARTER *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   *Murray C. Goldman* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 1116, Misc.   WILLIAMS *v.* FIELD, MEN'S COLONY SUPERINTENDENT.   Sup. Ct. Cal.   Certiorari denied.

No. 1117, Misc.   GILBERT *v.* LAVALLEE, WARDEN. C. A. 2d Cir.   Certiorari denied.